Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
IN RE:                                          :
Fosamax Products Liability Litigation           :
---------------------------------------------------------x
*This Document Relates to:*                     :     1:06-md-1789 (JFK)
Patricia Sikora                                 :
v. Merck & Co., Inc.                            :
                                                :
Case No: 1:08-cv-04123-JFK                      :     **Rule 7.1 Statement**
---------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and are not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated:  New York, New York
        June 30, 2008

        Respectfully submitted,

        HUGHES HUBBARD & REED LLP

        By: /s/
           Norman C. Kleinberg
           Theodore V. H. Mayer
           William J. Beausoleil

        One Battery Park Plaza
        New York, New York 10004-1482
        (212) 837-6000
        kleinber@hugheshubbard.com
        mayer@hugheshubbard.com
        beausole@hugheshubbard.com
        *Attorneys for Defendant Merck & Co., Inc.*