Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
IN RE:                                               :
Fosamax Products Liability Litigation                :    1:06-md-1789 (JFK)
                                                     :
-----------------------------------------------------x
*This Document Relates to:*                          :    **NOTICE OF APPEARANCE**
Patricia Sikora                                      :
v. Merck & Co., Inc.                                 :
                                                     :
Case No: 1:08-cv-04123-JFK                           :
-----------------------------------------------------x

      PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

2

Dated: June 30, 2008
     New York, New York

Respectfully submitted,

By: _____/s/_____
    David J. Heubeck

Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
Tel: (410) 244-7731
Fax: (410) 244-7742
Email: djheubeck@venable.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 30, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                 /s/
              David J. Heubeck

              Venable LLP
              750 E. Pratt Street, Suite 900
              Baltimore, Maryland 21202
              Tel:  (410) 244-7731
              Fax:  (410) 244-7742
              Email: djheubeck@venable.com